FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2007 MAY 15 PM 2: 14

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHARLES E. DOUGHERTY, et al., Plaintiffs | : |
| vs. | : 5:06-cv-120 (WDO) |
| FORD MOTOR COMPANY, Defendants | : |

## O R D E R

The court has been advised by counsel for the parties that the above action has been settled; the settlement agreement of the parties is hereby adopted and made the order of the court. Jurisdiction is retained to enforce said agreement.

**IT IS THEREFORE ORDERED** that the action be dismissed without costs other than those due this court and without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**SO ORDERED**, this 15th day of May, 2007.

WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE